# Exhibit 3



# CLARE LOCKE LLP

**ELIZABETH M. LOCKE, P.C.**
libby@clarelocke.com
(202) 628-7402

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

**DANIEL P. WATKINS**
daniel@clarelocke.com
(202) 628-7407

September 21, 2021

McDonald's Corporation
c/o Catherine Y. Lui
Orrick, Herrington & Sutcliffe LLP
clui@orrick.com

Re: **Demand for Retraction of False Advertising About the Kytch Solution**

Dear Ms. Lui:

We write on behalf of Kytch, Inc.

After working around the clock for several years and investing significant capital to develop smart kitchen technology, in April 2019 Kytch announced its flagship product "Kytch Solution," an innovative fix for the soft-serve machines at McDonald's manufactured by Taylor Company. The Kytch Solution automatically detects and prevents the machines' common problems that often lead to expensive repairs and lost revenue. Kytch's proven ability to reduce machine downtime showed incredible potential to save McDonald's franchisees millions of dollars each year. These franchisees recognized Kytch's value, and Kytch was successfully building its business, already having installed the Kytch Solution in hundreds of McDonald's restaurants across the country.

On November 4, 2020, McDonald's destroyed not only the potential value to its franchisees that Kytch promised, but also the value of Kytch's business, by making false, deceptive, and defamatory statements about the Kytch Solution to the operators of more than 10,000 McDonald's restaurants in North America. McDonald's—together with soft-serve machine manufacturing giant Taylor—broadly disseminated a purported "Safety Note" to restaurant operators and Taylor's global distributor network to falsely advertise that:

- Kytch Solution "creat[es] potential equipment reliability issues without the restaurant's knowledge or ability to stop it";

- Kytch Solution "creates a potential very serious safety risk for the crew or technician attempting to clean or repair the [soft-serve] machine"; and

- Kytch Solution's remote capabilities "can cause serious human injury."



After making these false claims, McDonald's and Taylor improperly threatened to void the warranties of all operators who utilize the Kytch Solution, and "McDonald's strongly recommend[ed] that [Kytch users] remove the Kytch device from any machines and discontinue all use."

*But the facts are clear: Not a single Kytch customer has ever reported any injuries caused by the Kytch Solution.* Period. And McDonald's did not target Kytch's customers based on any legitimate safety concerns. Instead, the real purpose of McDonald's alert was to prevent Kytch from gaining market dominance and to preserve the ongoing soft-serve machine repair monopoly. McDonald's and Taylor accomplished this by promising to roll out their competing product in the spring of 2021. Indeed, *the day after issuing the false "Safety Note," McDonald's and Taylor announced the launch of their competing product.* Remarkably, McDonald's titled the announcement "Kytch Technology Update," linking the launch of this competing product to the false and deceptive "Safety Note" about Kytch published the day before:

> **Taylor Shake Sundae Connectivity & Kytch Technology Update**
>
> McDonald's US Equipment Team, in partnership with NSLC, has been developing a strategic connectivity solution with Taylor for their Shake Sundae machine. The solution will allow operators to receive text updates when their machine is down, view number of products dispensed, and get other information to keep the machine running in optimal condition. **The Taylor Shake Sundae Connectivity (TSSC) is currently in test with NSLC operators and the current target for release to the US market is by the end of Q1, 2021.**
>
> **IMPORTANT SAFETY NOTE:** We have become aware that a few operators may be using an unapproved after-market technology, Kytch, on their Shake Sundae machine. This action will completely void any existing OEM equipment warranty. More importantly, McDonald's and Taylor have recently determined that the Kytch device creates a potential very serious safety risk for the crew or technician attempting to clean or repair the machine due to its remote operation capability. **As such, McDonald's strongly recommends that you remove the Kytch device from any machines and discontinue all use. Any continued use is not approved and is at your sole risk.**

(Nov. 5, 2020 Announcement from Taylor and McDonald's.)

McDonald's plan worked. Kytch's customer base was decimated overnight. Almost immediately after receiving the false "Safety Note," Kytch's customers started canceling their subscriptions and severing ties with the company. Kytch's subscribers said they believed McDonald's false and deceptive claim that the Kytch Solution "poses a safety risk."

2



But McDonald's has long known that Kytch presents no safety hazard to individuals "attempting to clean or repair" the machines. **First, <u>Kytch disables automation features when any user is cleaning the interior of the machine or pressing buttons on the control panel.</u>** Kytch cannot remotely engage the soft-serve machines' motors when the freezer door is removed. Kytch co-founder Jeremy O'Sullivan explained all of this, in no uncertain terms, to McDonald's Equipment Team Leader Tyler Gamble less than two weeks before McDonald's false advertisement. This, alone, should have resolved any safety concerns about Kytch somehow causing serious human injury.

**Second,** Intertek has conducted extensive product testing and concluded that the Kytch Solution satisfies all electrical safety requirements in accordance with United Laboratory (UL) regulations.[1] Indeed, the UL regulations are the standard to which **Taylor's** soft-serve machines in thousands of McDonald's restaurants must adhere. In fact, according to Taylor's own marketing materials, "**most** [] Taylor equipment is approved for electrical safety through Underwriter's Laboratories (UL) regulations."[2]

**Third,** while McDonald's was encouraging its franchisees to abandon Kytch's product with the fraudulent "Safety Note," it was simultaneously **urging franchisees in leadership and on its Equipment Team to continue using the product** so that McDonald's and Taylor could unfairly compete against Kytch. If the "safety" concerns were legitimate, McDonald's would have told its own Equipment Team to stop using Kytch as well.

******

In addition to the false advertisement discussed above, we have learned that McDonald's has made false and defamatory statements about Kytch to Coca-Cola and other potential business partners that expressed interested in buying Kytch's technology. Like the damage McDonald's caused by sending its "Safety Note" to Kytch's existing customers, McDonald's irreparably damaged these prospective business opportunities.

Anticompetitive practices like this cause both consumers and competitors significant harm, and they are subject to severe civil penalties under state and federal laws.[3] To mitigate the significant harm McDonald's has caused, Kytch requires that McDonald's:

1. Immediately cease and desist publishing false, deceptive, and/or defamatory statements about Kytch and disparaging its products and services.

2. Immediately issue the public retraction in **Appendix 1**, read by McDonald's CEO and posted in a video message on all McDonald's social media accounts. It should also be posted internally on spo.mcd.com for at least 180 days.

---

[1] Kytch conforms to UL STD 62368-1 and has successfully completed EMC testing consistent with the requirements of 47 CFR Subpart B §§ 15.101-15.123.
[2] Taylor Food Company, FAQs – Technical and Electrical, https://www.taylor-company.com/en/about/faq; (emphasis added unless otherwise specified).
[3] *See, e.g.,* 15 U.S.C. §§ 45, 1125.



3.  Immediately email the public retraction in **Appendix 1** to all individuals, entities, Kytch customers, and prospective customers to whom the "Safety Note" was sent, including (but without limitation) to the 1,000+ McDonald's franchise owners and the executives at Coca-Cola to whom McDonald's made disparaging statements about Kytch.

Until this matter is resolved, the document preservation requirements we raised previously remain in place. Please confirm that McDonald's will continue to retain, and will not destroy, all documents and communications relevant to Kytch, its technology, and the safety of its products.

We look forward to your prompt response.

Regards,

*Elizabeth Locke, P.C.*

Elizabeth M. Locke, P.C.

*Daniel P. Watkins*

Daniel P. Watkins



# APPENDIX 1

*A MESSAGE FROM OUR CEO & PRESIDENT, CHRIS KEMPCZINSKI*

I'm sending this message to our restaurant operators to apologize to Kytch, Inc. and its founders Jeremy O'Sullivan and Melissa Nelson for McDonald's November 4, 2020 "Safety Note."

Today, McDonald's is retracting our November 4, 2020 "Safety Note" in full.  That alert made false claims that Kytch could cause harm to individuals operating Taylor soft-serve ice cream machines, and McDonald's improperly told restaurant operators that use of Kytch's device would void any existing OEM warranty.

The truth is, Kytch created a safe, innovative solution that made significant strides to fix the broken soft-serve machines used in McDonald's restaurants.  McDonald's regrets having made these statements, and we should not have threatened to void any OEM equipment warranty.  Period.

McDonald's respects fair competition and believes that innovation benefits when there are more inventors bringing their technology to the marketplace of ideas.  It was not right for us to go against these values.  Good leaders admit when they're wrong.  And that is precisely what we are doing now.

We encourage you to visit www.Kytch.com and consider subscribing to Kytch's service, which has a demonstrated track record of improving the efficacy of soft-serve machines and bringing commercial kitchens into the 21st century.