IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-279-MN <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendant to move against, answer, or otherwise respond to the Complaint (D.I. 1) is hereby extended to and including April 22, 2022.

Dated: March 10, 2022

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*
*Kytch, Inc.*

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ Anne Shea Gaza
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*
*McDonald's Corporation*

SO ORDERED this ___ day of _____, 2022.

                                                                                                                                       _____
                                                                                                                                       United States District Judge